GALE v. SOUTHERN BUILDING & LOAN ASS'N. (Circuit Court of Appeals, Fourth Circuit. May 2, 1904.) No. 477. Appeal from the Circuit Court

of the United States for the Western District of Virginia. Scott & Staples and Cocke & Glasgow, for appellant. John H. Wright, for appellee. Dismissed, on stipulation of attorneys, under rule 20 (90 Fed. clxii, 31 C. C. A. clxii). See 117 Fed. 732.